UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25cv09723 CAS (MARx)                                    Date: January 14, 2026

Title   *LAWRENCE SCHALLERT v. TUNDRA RESTAURANT SUPPLY, LLC*

Present: The Honorable:   **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) – ORDER TO SHOW CAUSE EXTENDED**

In response to this Court's Order to Show Cause [10], plaintiff filed a Proof of Service [11], indicating defendant was served on October 16, 2025.  The Court hereby extends its Order to Show Cause.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **February 13, 2026**, why this action should not be dismissed for lack of prosecution as to defendant**.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider an answer by **defendants TUNDRA RESTAURANT SUPPLY, LLC,** or plaintiff's request for entry of default on this defendant on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |